United States Bankruptcy Court
For The Western District Of Texas
Austin Division

In Re: §
 §
Christopher Lee Wilson, § Case No. 13-11852-tmd
 §
Debtor § Chapter 7

**Application For Deposit Of Small/Unclaimed Dividends**

The undersigned Trustee Reports:

_____ The dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto is in an amount less than the amount specified in Bankruptcy Rule 3010.

__xxx__ The amount payable to the creditor(s) listed on Exhibit "A" remains unclaimed.

Pursuant to Bankruptcy Rule 3010 or 3011, as applicable, and 11 U.S.C. §347(a), the undersigned Trustee remits herewith his check in the amount shown on said Exhibit "A" for deposit into the United States Treasury, pursuant to Chapter 129 of Title 28 (28 U.S.C. 2041, et seq).

Dated: March 4, 2015

John Patrick Lowe, Trustee
318 East Nopal
Uvalde, Texas 78801
830/278-4471
830-278-6347 (fax)
email: johnplowe@sbcglobal.net

1

# EXHIBIT "A"
## SMALL/UNCLAIMED DIVIDENDS

| NAME AND ADDRESS | AMOUNT |
|---|---|
| CHRISTOPHER LEE WILSON<br>12103 SHETLAND CHASE<br>AUSTIN, TX 78727-6739 | $74,379.46 |
| TOTAL | $74,379.46 |